IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EVELYN RICE : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04-cv-00021 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| HAMILTON COUNTY SHERIFF'S : | |
| DEPARTMENT, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court finds Defendants' Motion for Judgment on the Pleadings well taken.  Accordingly, the Court GRANTS Defendants' Motion for Judgment on the Pleadings (doc. 11) and DISMISSES this matter from the Court's docket.

11/29/05                                                                                James Bonini, Clerk


                                                                                        s/Kevin Moser
                                                                                        Kevin Moser
                                                                                        Deputy Clerk